CHESTNEY *against* COON.

Under the act, 22d sess. c. 30. s. 11. and the act, 31st sess. c. 213. a person is exempt from paying *toll,* on the first great western turnpike, when going to a mill in a town different from that in which he resides, if it appears that he usually went to such mill, when there was no grinding in his own town, and that he went for no other purpose than to have his corn ground.

IN error, on *certiorari,* from a justice's court. *Coon* sued *Chestney* before the justice, in debt for 5 dollars, for exacting toll, as a toll-gatherer, at the toll-gate, on the first great western turnpike, when the plaintiff was going to and returning from a grist mill, for the purpose of having his grain ground.

It appeared that *Chestney,* though told that the plaintiff was going to *Watson's* grist mill with grain to be ground, exacted the toll, and after the grain was ground, the defendant obliged the plaintiff to pay toll; though informed by the plaintiff, and the miller, that the plaintiff had gone to the mill for no other purpose. It appeared that the plaintiff resided in *Carlisle,* and *Watson's* grist mill is in *Schoharie,* on or near the turnpike, and that the plaintiff and his neighbours generally went to *Watson's* mill, when there was no grinding at the mill in *Carlisle.*

The act (22d sess. c. 30. s. 11.) provides, that no toll shall be received " from any person passing to or from

public worship, or to or from his common business on his farm, or to or from any mill;" and the act passed 11th *April*, 1808, (31st sess. c. 213.) explanatory of the former act, says, persons shall be exempt from toll, " going to or returning from any grist mill to which such person *usually* resorts, for the sole purpose of grinding for the use of his family, or of those who may employ him, and no other "

The justice gave judgment for the plaintiff below.

*Per Curiam.* The evidence was sufficient to support the judgment. The plaintiff below went, as it appears, to *Watson's* grist mill to get his grain ground, and for no other purpose, and he generally went there when he could not have it ground in his own town. The judgment must be affirmed.

Judgment affirmed.